J Toney, SB# 43143

Box 1515, Woodland CA 95776

Phone/FAX (530) 666-1908

yoloconflict@aol.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:17-cr-234 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | **April 2, 2020 at 9:00 AM before** |
| BRENDA MIRANDA | **Judge Nunley** |
| Defendant. | |

   Both the Probation Officer and Counsel for the Defendant are requesting a continuance of sentencing to adequately prepare for it. The Attorney for the United States has no objection. It is therefore stipulated that sentencing be continued to April 2, 2020, at 9:30 a.m., before Judge Nunley and the parties request the Court so order.

Dated February 5, 2020

Respectfully submitted:    /s/ J Toney

                                Attorney for Brenda Miranda

So stipulated:    /s/ Justin Lee

                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 6, 2020

                                  Troy L. Nunley
                                  United States District Judge