J Toney, SB# 43143

Box 1515, Woodland CA 95776

Phone/FAX (530) 666-1908

yoloconflict@aol.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:17-cr-234 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | **June 11, 2020 at 9:30 AM before** |
| BRENDA MIRANDA | **Judge Nunley** |
| Defendant. | |

Pursuant to General Order No. 612 it is now stipulated that sentencing be continued to June 11, 2020, at 9:30 a.m., before Judge Nunley and the parties request the Court so order.

Dated March 24, 2020

Respectfully submitted: /s/ J Toney

Attorney for Brenda Miranda

So stipulated: /s/ Justin Lee

Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 24, 2020

_____
Troy L. Nunley
United States District Judge

1